UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆  APR 09 2018  ☆

LONG ISLAND OFFICE

| | |
|---|---|
| JASON BRAUNSKILL,<br>ON BEHALF OF HIMSELF AND<br>ALL OTHERS SIMILARILY SITUATED,<br><br>                                    Plaintiff,<br><br>                    v<br><br>NRA GROUP, LLC,<br>D/B/A NATIONAL RECOVERY AGENCY,<br><br>                                    Defendant. | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} |

Civil Action, File No.
2:17-cv-05223-ADS-GRB

### STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants with each party to bear its respective attorney's fees and costs incurred in this action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

The Salvo Law Firm, P.C.
By: /s/*Thomas J. Slattery*
185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey 07006
973-226-2220
tslattery@salvolawfirm.com

Case closed.  SO ORDERED.

  s/ Arthur D. Spatt

_____
Arthur D. Spatt, U.S.D.J.

4/9/18
Date